Cindy Lee GARCIA, Plaintiff–
Appellant,

v.

GOOGLE, INC., a Delaware Corpora-
tion; Youtube, LLC, a California lim-
ited liability company, Defendants–
Appellees,

and

Nakoula Basseley Nakoula, an individu-
al, aka Sam Bacile; Mark Basseley
Youssef; Abanob Basseley Nakoula;
Matthew Nekola; Ahmed Hamdy;
Amal Nada; Daniel K. Caresman;
Kritbag Difrat; Sobhi Bushra; Robert
Bacily; Nicola Bacily; Thomas J. Ta-
nas; Erwin Salameh; Yousseff M.
Basseley; Malid Ahlawi, Defendants.

No. 12–57302.

United States Court of Appeals,
Ninth Circuit.

Nov. 12, 2014.

D.C. No. 2:12–cv–08315–MWF–VBK.

**ORDER**

THOMAS, Circuit Judge:

Upon the vote of a majority of nonre-
cused active judges, it is ordered that this
case be reheard en banc pursuant to Fed-
eral Rule of Appellate Procedure 35(a) and
Circuit Rule 35–3. The three judge panel
opinion shall not be cited as precedent by
or to any court of the Ninth Circuit.

Judges WARDLAW, OWENS and
FRIEDLAND did not participate in the
deliberations or vote in this case.